

# Fourth Court of Appeals
## San Antonio, Texas

June 18, 2014

No. 04-14-00409-CV

**IN RE VERANO LAND GROUP, LP**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Relator filed a petition for writ of mandamus in this court on June 6, 2014. On June 16, 2014, relator filed a Motion to Withdraw Writ of Mandamus. Relator's motion to withdraw is GRANTED.

It is so **ORDERED** on June 18th, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012-CI-01753, styled *Fulbright & Jaworski, LLP v. Verano Land Group, LP*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Cathleen M. Stryker presiding.